# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Michael Dotsonk et al.,

v.

CG Roxane LLC,

PLAINTIFF(S)

DEFENDANT(S).

**CASE NUMBER**

2:24-cv-02567 JFW(MARx)

**ORDER RE TRANSFER
(RELATED CASES)**

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

_____
Date

_____
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

While the cases implicate nearly identical legal issues, they involve different products, different defendants, and unrelated plaintiffs who suffered separate and distinct injuries.

**TRANSFER ORDER DECLINED**

April 24, 2024
Date

Michael W. Fitzgerald
United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  2:24-cv-01563 MWF(JPRx)  and the present case:

☐ A. Arise from the same or closely related transactions, happenings or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

**TRANSFER ORDER DECLINED**

On all documents subsequently filed in this case, please substitute the initials ___ after the case number in place of the initials of the prior judge, so that the case number will read ___. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ Previous Judge     ☐ Statistics Clerk

CV-34 (06/23)                    ORDER RE TRANSFER (Related Cases)